IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TARVIO WALKER                                                            PLAINTIFF

v.                                                                No. 1:06CV58-P-A

**CORINTH MISSISSIPPI**
**POLICE DEPARTMENT, ET AL.**                                  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motion by the defendants for summary judgment is hereby **GRANTED**, and judgment is hereby **ENTERED** for the defendants. This case is **CLOSED.**

**SO ORDERED,** this the 3rd day of April, 2008.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE